IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RANDY GWATNEY, JR.
ADC #132964                                                                                          PLAINTIFF

v.                                    Case No. 4:12-cv-00729 KGB

YOUNG *et al.*                                                                                    DEFENDANTS

## ORDER

This case was opened on November 16, 2012, with Randy Gwatney, Jr., as the named plaintiff. However, a review of Court records reveals that Mr. Gwatney previously filed a complaint with the same allegations in *Gwatney v. Young*, Case No. 4:12-cv-00653 BSM (E.D. Ark.). In that case, Chief United States District Judge Brian S. Miller entered an order directing Mr. Gwatney to file an amended complaint with additional facts describing his claims. What has been filed as a new case here appears intended to be a response to Judge Miller's order. Accordingly, the Clerk is directed to terminate administratively this case and to file what has been docketed as a new complaint in the instant case as the amended complaint in *Gwatney v. Young*, Case No. 4:12-cv-00653 BSM (E.D. Ark.).

IT IS SO ORDERED this 29 day of November, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE